No. 1329. EL PUEBLO, APELADO, v. BARBOSA, APELANTE.—Infracción ley de Pesas y Medidas. Humacao. Febrero 14, 1919. *Sin lugar el recurso y confirmada la sentencia.*

No. 1371. EL PUEBLO, APELADO, v. RUBIO, APELANTE.—Homicidio voluntario. Mayagüez. Febrero 18, 1919. *Desistida la apelación.*

No. 1368. EL PUEBLO, APELADO, v. ORTA, APELANTE.—Alterar la paz. San Juan, Sección 2ª. Febrero 20, 1919. *Confirmada.*

No. 1935. IGLESIA CATÓLICA, APOSTÓLICA, ETC., DEMANDANTE APELANTE, v. MUNICIPIO DE BAYAMÓN, APELADO–APELANTE.—Reivindicación de bienes inmuebles. San Juan, Sección 1ª. Febrero 24, 1919. *Desestimadas las apelaciones.*

No. 247. FRANCESCHI, PETICIONARIA, v. LÓPEZ ACOSTA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Febrero 26, 1919. *Denegado.*

No. 19. MARTÍNEZ, PETICIONARIO, v. CROSAS, JUEZ DE DISTRITO, DEMANDADO.—Auto inhibitorio. Febrero 28, 1919. *Sin lugar.*

No. 1954. FRANCESCHI ET AL., APELANTES, v. ARJONA SIACA, JUEZ MUNICIPAL, DEMANDADO.—*Mandamus.* Ponce. *Desestimada por carecer de finalidad.*

No. 1890. BRAKLE, APELADO, v. BONIN, APELANTE.—Daños y perjuicios. Ponce. Febrero 28, 1919. *Confirmada.*

No. 1975. PALOU, APELANTE, v. ASPURÚA ET AL., APELADAS.—Rendición de cuentas. Humacao. Marzo 6, 1919. *Sin lugar la desestimación.*

No. 1370. EL PUEBLO, APELADO, v. GONZÁLEZ, APELANTE.—

No. 1369. EL PUEBLO, APELADO, v. RIVERA, APELANTE.—Infracción del artículo 288 del Código Penal. San Juan, Sección 2ª. Marzo 7, 1919. *Revocadas las sentencias y absueltos los acusados.*

No.    . RIVERA, PROMOVENTE Y APELADO, v. SEPÚLVEDA, OPOSITOR Y APELANTE.—Dominio. Mayagüez. Marzo 10, 1919. *Desistida la apelación.*